UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW AUSTIN and JEFFREY HALE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIA BENEFIT SOLUTIONS, INC.,<br><br>Defendant. | No. 2:26-cv-01021<br><br>NOTICE OF RELATED CASES |

Pursuant to Local Civil Rule 3(g), Plaintiff hereby provides notice of the following related actions:

- *Fisher v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00909 (W.D. Wash.)
    - Parties Involved: Marni Fisher (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Hon. Michelle L. Peterson
- *Barrientes v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00910 (W.D. Wash.)
    - Parties Involved: Rochelle Barrientes (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Hon. Michelle L. Peterson



MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

- *Archie v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00927 (W.D. Wash.)
    - Parties Involved: James Archie (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Hon. Lauren King
- *Fiore v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00929 (W.D. Wash.)
    - Parties Involved: Anne-Marie Fiore (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Hon. Lauren King
- *Ibarra v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00940 (W.D. Wash.)
    - Parties Involved: Esteban Ibarra (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Hon. Michelle L. Peterson
- *Bowen v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00944 (W.D. Wash.)
    - Parties Involved: Jamie Bowen (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Hon. Theresa L. Fricke
- *O'Day v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00960 (W.D. Wash.)
    - Parties Involved: Jim O'Day (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Hon. Kymberly K. Evanson
- *Bryan v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00977 (W.D. Wash.)
    - Parties Involved: John Bryan (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Unassigned



McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

- *Palacios v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00999 (W.D. Wash.)
    - Parties Involved: Victor Palacios (Plaintiff) and Navia Benefit Solutions, Inc. (Defendant)
    - Presiding Judge: Unassigned

This Action and these related actions assert overlapping causes of action related to the same data breach involving Defendant, are premised on essentially the same factual background and legal theories, name the same Defendant, and assert claims on behalf of nearly identical classes. They satisfy Rule 3(g) as they concern the same or substantially similar parties and events; there is substantial factual overlap; absent relation (and consolidation), the parties could be subjected to conflicting orders; and without a determination of relatedness, there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses.

DATED this 25th day of March, 2026.

McNAUL EBEL PLLC

By: *s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
Email: kboyd@mcnaul.com

Marc H. Edelson*
Liberato P. Verderame*
EDELSON LECHTZIN LLP
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

*Attorneys for Plaintiffs and the Putative Class*

* *Pro hac vice forthcoming*